## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | | |
|---|---|---|
| **JOSE COTO** | : | **CIVIL ACTION** |
| v. | : | |
| **SEABORNE VIRGIN ISLANDS, INC.** | : | **NO. 14-14** |

### ORDER

**NOW**, this 26th day of June, 2017, upon consideration of Seaborne Virgin Islands, Inc.'s Motion for Summary Judgment (Document No. 59), the plaintiff's response, the defendant's reply, and a careful review of the record, is it **ORDERED** that the motion is **DENIED**.

_____
TIMOTHY J. SAVAGE, J.